Exhibit A to the Complaint

**Location:** Santa Monica, CA  
**Total Works Infringed:** 244

**IP Address:** 47.137.13.82  
**ISP:** Frontier Communications

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | 6B0B79A91873AB2A89C46A5D27EA48C761E258EA | Tushy | 01/13/2019 19:33:23 | 01/11/2019 | 01/22/2019 | PA0002147904 |
| 2 | 007EB0E1673969BBC106F75906C43F4CF6B8E542 | Tushy | 03/11/2018 22:36:40 | 01/31/2018 | 02/20/2018 | PA0002104182 |
| 3 | 009BF130DE332C1F0DADA93C66378C96B20DDD37 | Tushy | 12/07/2017 15:43:25 | 12/02/2017 | 01/04/2018 | PA0002097497 |
| 4 | 00EC58C35D91D341E6DBBC0535B7E429ECDE1890 | Blacked | 06/21/2017 17:23:00 | 06/19/2017 | 07/07/2017 | PA0002070823 |
| 5 | 0120D000526EE97DFCFE97C0A83A7D12CBBCACCE | Blacked | 08/23/2018 20:43:24 | 08/23/2018 | 11/01/2018 | PA0002143434 |
| 6 | 04B28AFB91A1BF02D7E20249C1B019C8975DEAEF | Blacked | 12/07/2017 03:51:10 | 12/01/2017 | 01/04/2018 | PA0002097436 |
| 7 | 05974F8D127A7CB312030D0D833B828F6586EEAC | Vixen | 11/10/2017 06:58:52 | 09/06/2017 | 09/15/2017 | PA0002052844 |
| 8 | 05DC672411F7DB47B22C742A0B29425631257174 | Tushy | 11/27/2018 19:18:00 | 11/21/2018 | 01/22/2019 | PA0002149838 |
| 9 | 068BE7F416154828DCAA88C3DBEB997F0261D0EC | Blacked Raw | 12/10/2018 01:16:42 | 11/18/2018 | 12/10/2018 | PA0002146476 |
| 10 | 06E7F8EA128D13A9DE971A1F9ABF96BFED81099C | Blacked | 07/09/2017 22:13:33 | 07/09/2017 | 08/17/2017 | PA0002077662 |
| 11 | 06EA7A8CE37DC75CAD7728D283A8406955A927EF | Blacked Raw | 11/29/2017 05:38:47 | 11/28/2017 | 01/04/2018 | PA0002097446 |
| 12 | 0A6C429C8B8109563F48FB3FB997E14C7CDB359D | Blacked Raw | 03/03/2018 17:39:21 | 02/11/2018 | 03/02/2018 | PA0002104740 |
| 13 | 0AA933E58B90198035D0FC8B9F7D83A53C2AF9E9 | Blacked Raw | 03/03/2018 18:59:39 | 02/16/2018 | 03/01/2018 | PA0002079185 |
| 14 | 0E6108BD041F9006530A434225AC091276ACD991 | Blacked | 05/29/2017 23:31:28 | 05/15/2017 | 06/22/2017 | PA0002039283 |
| 15 | 0E75944FAB57D57F3D91B0550A793F6BA581AAFA | Blacked | 11/28/2018 21:18:41 | 11/16/2018 | 11/25/2018 | PA0002136637 |
| 16 | 1094F3930B65076B42D38A80E96E6ED4D96077BB | Blacked Raw | 07/25/2018 02:28:23 | 07/16/2018 | 09/01/2018 | PA0002119681 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 1134C5FF59319FFE5AC4EF3E649A1B6F5E4188C9 | Blacked | 01/09/2019 01:29:08 | 12/31/2018 | 01/22/2019 | PA0002147686 |
| 18 | 121507B08F9029D69DD18AC266C6C84A85592D99 | Vixen | 04/10/2018 01:17:16 | 04/04/2018 | 04/17/2018 | PA0002116740 |
| 19 | 15A9AD59EBBC05EA27DB08074626F90CF4DA2415 | Tushy | 03/12/2018 18:50:58 | 11/17/2017 | 01/04/2018 | PA0002069336 |
| 20 | 1630D7C6E6B40F13EB1F086AD58EDD30022DD250 | Tushy | 10/08/2017 01:25:08 | 09/28/2017 | 10/10/2017 | PA0002086160 |
| 21 | 18151D2E5533EBA986444898A5C0A889E7C51A47 | Vixen | 11/04/2018 23:38:40 | 06/28/2018 | 07/26/2018 | PA0002112159 |
| 22 | 1A5710AD94382869FF8184345E550B8FEA6B2D1C | Vixen | 08/27/2018 23:31:43 | 08/27/2018 | 10/16/2018 | PA0002127789 |
| 23 | 1A667C638BF1B37FE552052BABF23693F6E63F70 | Blacked | 02/01/2018 17:14:42 | 01/05/2018 | 01/15/2018 | PA0002099696 |
| 24 | 1B4678DF1C3A9335ED99BB04D79E606CE2140CF1 | Blacked | 06/29/2018 19:09:37 | 06/24/2018 | 07/26/2018 | PA0002112154 |
| 25 | 1B689A37F959A9AB7BD7BCD476B6E02E5669A336 | Blacked Raw | 01/31/2019 14:51:33 | 11/08/2018 | 12/10/2018 | PA0002145833 |
| 26 | 1BD96A441CFD749BF919A54DCD60143D882D3CCB | Blacked Raw | 01/08/2019 16:28:46 | 11/21/2018 | 12/18/2018 | PA0002141915 |
| 27 | 1C6F4FA9ACB3B4E5B60430B3909F41BB012F6E95 | Blacked | 11/25/2018 23:16:16 | 11/21/2018 | 01/22/2019 | PA0002149833 |
| 28 | 1C93EF754C5F3CFF9910E3CD36CE848233F3E761 | Tushy | 11/13/2017 15:47:35 | 10/03/2017 | 10/10/2017 | PA0002086147 |
| 29 | 1CA589D7A6FD4B9A5458C0DB7A137FDF8DF65843 | Blacked Raw | 01/08/2019 16:30:50 | 12/13/2018 | 02/02/2019 | PA0002154971 |
| 30 | 1F9B47EAF9CB8170487BC4E9523C134710872A65 | Tushy | 05/30/2017 06:15:30 | 05/01/2017 | 06/15/2017 | PA0002037577 |
| 31 | 224C19AC3CE85B27965D68479E33E7588D0BB02E | Tushy | 03/28/2018 15:33:55 | 11/02/2017 | 12/05/2017 | PA0002098020 |
| 32 | 24C4770AFA969BEAE4D69DA5562A0A9732A14B09 | Tushy | 02/02/2019 02:01:50 | 01/31/2019 | 02/22/2019 | PA0002155140 |
| 33 | 2528064D8947BD3D7C4832BAB52D74CEBF15DE57 | Tushy | 06/27/2017 00:59:06 | 05/11/2017 | 06/22/2017 | PA0002039286 |
| 34 | 289F38E6A6C0E8275417C024BB4454E9D3743959 | Vixen | 11/03/2018 20:36:51 | 10/26/2018 | 12/10/2018 | PA0002145824 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 35 | 29206E8494C7112301E1D099FE916C7A7DB053F8 | Blacked Raw | 03/04/2018 03:23:40 | 12/18/2017 | 01/23/2018 | PA0002101753 |
| 36 | 2C95FA9BFC831BC83596EF8A346B43506BD0822C | Tushy | 12/07/2017 20:17:10 | 12/07/2017 | 01/04/2018 | PA0002097494 |
| 37 | 2D66252D5BDAE9711D09CA9E58F4344469B562D4 | Tushy | 11/12/2017 06:42:53 | 09/23/2017 | 10/09/2017 | PA0002086134 |
| 38 | 2D6C1331278AD3CC2C6EF28DA165CE81B4414A5E | Tushy | 11/28/2018 04:15:46 | 11/02/2018 | 12/10/2018 | PA0002145834 |
| 39 | 2EC5BFCB450D5C0F89389E8F22F3E6A9DA088D5E | Vixen | 10/19/2018 23:00:46 | 10/16/2018 | 10/28/2018 | PA0002130458 |
| 40 | 2ECEC78644999539671389257C147CE6B3D60E1B | Vixen | 02/11/2018 05:21:39 | 01/29/2018 | 03/02/2018 | PA0002104878 |
| 41 | 3005E7D06F55BEA69730C8C9AEAF3F59A7264988 | Vixen | 01/23/2019 23:17:37 | 08/02/2018 | 09/01/2018 | PA0002119574 |
| 42 | 31507E522F81275AFA2AC132E86833E8255B8509 | Tushy | 01/06/2019 20:26:52 | 01/06/2019 | 01/22/2019 | PA0002147897 |
| 43 | 31CB8E1857CE8C0A798E7F8C2D2B63DDC5AE29C5 | Tushy | 08/10/2017 03:06:25 | 08/09/2017 | 08/17/2017 | PA0002077673 |
| 44 | 3282AA67B4FF119C7304B2AD0FEFC73901AB67A6 | Blacked | 02/10/2018 16:01:19 | 02/04/2018 | 03/01/2018 | PA0002079189 |
| 45 | 32B64B5E6D8D0E3AD53B8073CBAA35C9BA4DF75B | Blacked Raw | 06/01/2018 23:09:49 | 06/01/2018 | 07/14/2018 | PA0002128077 |
| 46 | 330B4C2729629B9DEBC2918A5251348F60314E8C | Blacked Raw | 12/24/2017 18:19:51 | 12/13/2017 | 01/02/2018 | PA0002097434 |
| 47 | 3403EDC437A985A3796A910510624C2F20A6B9C1 | Blacked | 05/16/2018 22:13:45 | 05/15/2018 | 06/19/2018 | PA0002126654 |
| 48 | 347EA65738DEE4CBEBD1A05506124AB4A95734E6 | Tushy | 03/12/2018 01:29:45 | 01/26/2018 | 02/20/2018 | PA0002104196 |
| 49 | 35FE7CC26021C17D6919301FD0FF1D002096FF03 | Vixen | 04/11/2018 01:05:34 | 03/25/2018 | 04/17/2018 | PA0002116726 |
| 50 | 36145DB75C0BDA5CF9452EB84CA05427A6236A75 | Blacked Raw | 11/29/2018 03:33:06 | 05/27/2018 | 07/14/2018 | PA0002130451 |
| 51 | 364E39C6F9613FC089487AA8FDD712A2D15B370F | Vixen | 11/16/2017 05:58:43 | 11/15/2017 | 12/04/2017 | PA0002098032 |
| 52 | 36A4C20A59FA65E2C90CD835FDFF626B6A624E14 | Vixen | 06/08/2018 21:13:55 | 06/08/2018 | 07/14/2018 | PA0002128445 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 53 | 372EDF4A3BBB252D3642424B4F6A8CFE353E480D | Blacked | 09/18/2018 01:21:27 | 09/17/2018 | 10/16/2018 | PA0002127778 |
| 54 | 384978F30B85187E2B32ADF552CDBE1E780E4C93 | Blacked | 04/02/2018 00:09:33 | 03/31/2018 | 04/12/2018 | PA0002091516 |
| 55 | 3B50EF6012A64C61D261674A092291255636F5BC | Blacked Raw | 08/01/2018 00:26:17 | 07/31/2018 | 09/05/2018 | PA0002134603 |
| 56 | 3DE366201F8A70D30C2A1555729BC114CE3EB953 | Tushy | 10/25/2017 16:21:23 | 10/23/2017 | 12/04/2017 | PA0002098018 |
| 57 | 3F75341F134E0B5F62D86838C06F35F004A293A2 | Blacked | 08/29/2018 02:50:37 | 08/28/2018 | 10/16/2018 | PA0002127773 |
| 58 | 3FFFE75034296BD74E4B12494E69E71D20598EC2 | Blacked Raw | 03/29/2018 04:29:45 | 03/13/2018 | 04/17/2018 | PA0002116738 |
| 59 | 40A119995716D333082D46D612AE23675FBF445E | Blacked | 10/27/2018 19:40:18 | 10/27/2018 | 12/10/2018 | PA0002145828 |
| 60 | 4100E5E7CB23BBE12DB5373112A2A31400BA8729 | Blacked | 10/08/2017 02:08:26 | 09/27/2017 | 10/10/2017 | PA0002057451 |
| 61 | 4117155269252FB3EDABDB7E6AFB0C1D8ED12F90 | Blacked Raw | 09/09/2018 21:38:39 | 09/09/2018 | 10/16/2018 | PA0002127792 |
| 62 | 41F13EA3815C144D9731176F66D1C557ABD6773A | Blacked | 11/11/2018 21:41:25 | 11/11/2018 | 11/25/2018 | PA0002136642 |
| 63 | 444FD4E358F84BC9FEE02E1AFDE513858E0E71DA | Vixen | 11/12/2017 07:33:58 | 09/21/2017 | 10/10/2017 | PA0002086168 |
| 64 | 454183F2D02E6F226C75CE2D6E15D1100B01881E | Blacked | 12/13/2017 18:19:16 | 12/11/2017 | 01/04/2018 | PA0002097429 |
| 65 | 46B1FA0431F70C1CAF2B63AA240A2F9681AF1CE7 | Vixen | 11/28/2017 04:53:26 | 11/25/2017 | 01/04/2018 | PA0002097450 |
| 66 | 49B256E840C10B4A55E0B0D22A59DBA187C2228D | Blacked | 01/24/2019 16:04:09 | 12/26/2018 | 02/02/2019 | PA0002155307 |
| 67 | 4A5F33D1201221B9D5F734953B00A6EF60B6F2CB | Blacked | 10/04/2018 21:41:56 | 10/02/2018 | 10/16/2018 | PA0002127785 |
| 68 | 4AA4F149B2CCDD05E9AE8FB2393A0F1B67655C1E | Tushy | 08/05/2018 14:24:37 | 06/30/2018 | 07/26/2018 | PA0002112157 |
| 69 | 4B8BF565F3196533263042EB68C4D144D24272DA | Tushy | 11/11/2017 18:29:23 | 08/29/2017 | 10/10/2017 | PA0002086144 |
| 70 | 4BD5479A7BFB93250C2CE404E03610BCDC108DAB | Blacked | 05/05/2018 20:37:58 | 05/05/2018 | 05/24/2018 | PA0002101366 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 71 | 4C95200B6C590EA66AB6BFD390AFA0704CD2CA09 | Blacked | 01/14/2019 20:28:27 | 12/16/2018 | 02/02/2019 | PA0002154976 |
| 72 | 4E5874CE51D719570ACF9E2392ECA4616F51890E | Tushy | 04/12/2018 19:11:33 | 04/11/2018 | 05/23/2018 | PA0002101305 |
| 73 | 4F0C36A97398C2E29ED84F30BC94D237CD490E04 | Vixen | 07/14/2018 04:04:51 | 07/13/2018 | 08/07/2018 | PA0002131906 |
| 74 | 52292254339FD066F9829CFD68E1A4D9B43AB0E3 | Vixen | 12/21/2017 15:40:32 | 12/20/2017 | 01/15/2018 | PA0002099694 |
| 75 | 5318DFE4F1B24ED3AB377A667F2BC9444C9F742C | Blacked Raw | 01/08/2019 21:45:58 | 09/04/2018 | 11/01/2018 | PA0002143430 |
| 76 | 5415DBA49585BDA6C31D8F0B5BF8D652BDE9C2A6 | Blacked Raw | 07/08/2018 01:43:35 | 06/21/2018 | 07/26/2018 | PA0002112156 |
| 77 | 5524C84BB6337F33630C28BA584818E0896B7D6C | Tushy | 12/19/2017 04:04:13 | 12/17/2017 | 01/24/2018 | PA0002101765 |
| 78 | 55697CB956697E13BEAE560E8F2810AD5B8C6F73 | Vixen | 12/08/2017 03:11:05 | 11/30/2017 | 01/04/2018 | PA0002097470 |
| 79 | 569A1328C9246635A49B24A89F1936A8A50C2DB7 | Blacked Raw | 07/21/2018 23:15:46 | 07/21/2018 | 09/01/2018 | PA0002119592 |
| 80 | 5713BF1A0D472849D169B6A33C0C10353FE75A55 | Blacked | 04/10/2018 21:04:07 | 04/10/2018 | 05/23/2018 | PA0002101304 |
| 81 | 5B22AECEACE5F830783D2FB2FF07CB024224B3A0 | Blacked | 04/15/2018 20:08:46 | 04/15/2018 | 05/23/2018 | PA0002101306 |
| 82 | 5C41147F4C253F602DE8A0B9E24AC739139DE7E1 | Blacked | 01/21/2019 01:08:13 | 12/01/2018 | 01/22/2019 | PA0002149844 |
| 83 | 5C5DB82ABCCB52A49D70A2D3B835A916A234FE21 | Vixen | 01/09/2019 03:17:35 | 12/20/2018 | 01/22/2019 | PA0002147683 |
| 84 | 5CA84F66122A07EBC57F0CA94E6A278381FE933B | Vixen | 07/15/2018 15:54:26 | 06/23/2018 | 07/26/2018 | PA0002112155 |
| 85 | 5E48CB4ED7C16FD66FBBA7681EE252C158DF061B | Blacked | 05/31/2017 18:30:45 | 05/30/2017 | 06/22/2017 | PA0002039295 |
| 86 | 5E9F9C9C4AADBC69BD7DA891B06B063994129DB9 | Tushy | 11/28/2017 04:53:59 | 11/27/2017 | 01/04/2018 | PA0002069335 |
| 87 | 6109782B662194227D0EF26BE624F90F8003E75D | Blacked | 11/27/2017 04:26:36 | 11/26/2017 | 01/04/2018 | PA0002069346 |
| 88 | 6156727CC14B7618089621720E142812814B663A | Blacked | 07/25/2017 04:09:27 | 07/24/2017 | 08/11/2017 | PA0002046874 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 89 | 62325C0D0B2456D30BEB789245A66106EBD93F07 | Blacked | 05/11/2018 20:16:37 | 05/10/2018 | 05/24/2018 | PA0002101376 |
| 90 | 62D5B513CDFD39EE43BF5A98BEA901A27B1C16F1 | Blacked Raw | 11/14/2017 16:14:07 | 11/13/2017 | 11/30/2017 | PA0002098039 |
| 91 | 646FB09B79C5298B88EF4E39EA132D93EC1D6E66 | Blacked Raw | 02/11/2018 01:17:53 | 01/07/2018 | 01/24/2018 | PA0002101759 |
| 92 | 65622EC333649BBB186DA57DFB082D5A7485DAAF | Blacked | 09/12/2018 20:54:16 | 09/12/2018 | 11/01/2018 | PA0002143426 |
| 93 | 6712A83CCBC45583FC4EDD4913126CFB0DA9A713 | Blacked | 04/05/2018 23:24:56 | 04/05/2018 | 04/17/2018 | PA0002116752 |
| 94 | 683DC9862ED968CB69F33FDF3EC90FCDBFC90496 | Blacked Raw | 10/26/2017 00:26:35 | 10/24/2017 | 11/30/2017 | PA0002098011 |
| 95 | 6868D0F341F95A7F402C96EBFEA1DDD60A4B0B0F | Blacked Raw | 03/29/2018 22:04:44 | 03/28/2018 | 04/12/2018 | PA0002091513 |
| 96 | 6898AB4321568CFA38EDF7E1468557B8B92AF5E2 | Vixen | 03/22/2018 23:48:48 | 03/15/2018 | 04/17/2018 | PA0002116747 |
| 97 | 69CBB7AD0D070032E18F788A01610F86BCA956AC | Blacked | 11/01/2018 23:39:12 | 11/01/2018 | 11/25/2018 | PA0002136644 |
| 98 | 6A486981622EAC00D5B3A8736FCD1A633977303D | Blacked Raw | 11/14/2017 18:16:38 | 11/03/2017 | 12/04/2017 | PA0002098024 |
| 99 | 6AF47B474A36FC4C01A98EFF84B2658DCBE70B43 | Tushy | 11/12/2017 00:08:26 | 09/03/2017 | 09/15/2017 | PA0002052851 |
| 100 | 6BFA6E3A8D77EB32F20EE6F72B423946BC0DF624 | Blacked Raw | 10/22/2018 03:21:44 | 08/20/2018 | 09/05/2018 | PA0002135002 |
| 101 | 6E2C93ECFEEC304F73C8841794895654EEEB190E | Blacked Raw | 08/05/2018 22:58:15 | 08/05/2018 | 09/01/2018 | PA0002119682 |
| 102 | 7105B3D5A8869772E44C5F6C1349832164EAAEAF | Tushy | 05/30/2017 01:00:44 | 05/06/2017 | 06/16/2017 | PA0002069288 |
| 103 | 71D79C9682AA689CB51FF049D3E49C9688D5BFB6 | Blacked | 11/10/2017 18:38:59 | 09/02/2017 | 09/15/2017 | PA0002052847 |
| 104 | 73C9BFB1C8EA3DE6AB0665DD06518E601774E2D4 | Blacked | 10/14/2018 23:09:05 | 09/22/2018 | 11/01/2018 | PA0002143419 |
| 105 | 74FFA2C3023D2C930D15E294888440B516860570 | Vixen | 11/25/2018 01:39:45 | 11/20/2018 | 12/18/2018 | PA0002141925 |
| 106 | 76ABE76487013827CF5F4F479B032B703D7CE9A4 | Blacked | 11/12/2017 16:24:42 | 08/28/2017 | 09/15/2017 | PA0002052848 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 107 | 78A9F776EB0DEF670F094F4E6EE0F641A80D5677 | Tushy | 10/05/2018 03:05:12 | 10/03/2018 | 11/01/2018 | PA0002143432 |
| 108 | 78FAB2B2DD2918F1EDC644EAD74B5B472BB28B23 | Vixen | 05/24/2018 23:17:52 | 05/24/2018 | 07/14/2018 | PA0002128388 |
| 109 | 792AB34471169C3F808117EC8D4CB62E3F9E9505 | Blacked Raw | 04/28/2018 18:34:18 | 04/27/2018 | 05/24/2018 | PA0002101367 |
| 110 | 7973B66F430D3603E7DF72ECD3F7E0F9ECEFE555 | Tushy | 09/29/2018 02:53:07 | 09/28/2018 | 10/16/2018 | PA0002127781 |
| 111 | 7981281271C18EEC1229896E6A9B1375D85C0BEA | Tushy | 10/08/2017 21:34:42 | 10/08/2017 | 10/19/2017 | PA0002058298 |
| 112 | 79B1307A1D68A41769DB15FC198D590E2C286773 | Blacked | 10/14/2018 20:30:17 | 10/07/2018 | 10/16/2018 | PA0002127790 |
| 113 | 79BBEE7B2CC652E40847301A6CE92D666A8D88B2 | Blacked | 08/29/2017 20:25:17 | 08/18/2017 | 10/10/2017 | PA0002086146 |
| 114 | 7ADD0E09EEEF892982208191A8808453A1480C84 | Tushy | 11/03/2018 22:44:33 | 10/28/2018 | 12/10/2018 | PA0002145831 |
| 115 | 7B0D833DDB0B4A0A28FDE069555D056CE14E7D34 | Tushy | 05/27/2018 01:28:08 | 05/26/2018 | 07/14/2018 | PA0002128078 |
| 116 | 7BA924396EB35E0F543D568858E5E4489091B437 | Blacked | 07/30/2018 14:10:05 | 07/29/2018 | 09/05/2018 | PA0002135679 |
| 117 | 7BAFDEC66A03BCF63BA40C12A9CC2F525635FB38 | Tushy | 08/08/2017 02:05:13 | 08/04/2017 | 08/17/2017 | PA0002077666 |
| 118 | 7BD41A81608774E1823A57932EBDF915305DA017 | Blacked Raw | 05/13/2018 03:29:56 | 05/12/2018 | 05/24/2018 | PA0002101380 |
| 119 | 814484C23BB60ED37930F523355A7914A06C6B47 | Vixen | 07/24/2017 02:48:55 | 07/23/2017 | 08/10/2017 | PA0002046877 |
| 120 | 820DAA338EBA92FEDA63F639BBE546DB7DACCE4F | Vixen | 12/05/2017 23:58:31 | 12/05/2017 | 01/04/2018 | PA0002097413 |
| 121 | 867105E4011FF56050F0027031D9E09D08509A22 | Tushy | 10/30/2018 04:04:21 | 10/18/2018 | 11/25/2018 | PA0002136724 |
| 122 | 872A849502C2254D305F9ADE13F9905E74838C88 | Blacked | 05/30/2017 19:27:49 | 04/30/2017 | 06/15/2017 | PA0002037580 |
| 123 | 874BE4477C6CF385ABC166F24EC5BC4C37D6CF13 | Tushy | 07/08/2018 00:26:27 | 06/20/2018 | 08/07/2018 | PA0002132405 |
| 124 | 876EC64B52A18F2384B2E006DB71638985F546E2 | Vixen | 05/20/2018 14:52:45 | 05/19/2018 | 07/14/2018 | PA0002128156 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 125 | 88774FA769FBC8E1C33A383617A4B279B660526C | Blacked | 02/10/2018 21:33:39 | 02/09/2018 | 03/02/2018 | PA0002104745 |
| 126 | 88EBEC5EC2D376E5BAE5D119095AB754BFA45C5E | Blacked Raw | 02/10/2018 18:51:45 | 02/06/2018 | 02/20/2018 | PA0002104186 |
| 127 | 88F4E42490AE9FC50683218ABBB2870B3741752A | Vixen | 05/30/2017 19:11:09 | 05/24/2017 | 06/22/2017 | PA0002039294 |
| 128 | 89F79551FB2CBAD2F55265B3EDA0C988247A155C | Blacked Raw | 02/10/2018 19:30:08 | 01/17/2018 | 01/24/2018 | PA0002101760 |
| 129 | 8A10552C40555E2D8DD782AEC9F3846F136D8F10 | Vixen | 11/26/2018 04:18:36 | 11/25/2018 | 01/22/2019 | PA0002149840 |
| 130 | 8A45EC3A1E0C37C5A43009A3C7A9986561A88ED5 | Blacked | 01/01/2018 23:24:45 | 12/31/2017 | 01/15/2018 | PA0002099700 |
| 131 | 8A842DDCB86E66CAD7B60FCCCE7233DA6889A656 | Vixen | 11/11/2017 01:46:34 | 10/21/2017 | 11/30/2017 | PA0002098006 |
| 132 | 8FCD827A3111A0905A65A5C59871E024F40D5EB4 | Tushy | 06/10/2018 22:50:05 | 06/10/2018 | 07/14/2018 | PA0002128387 |
| 133 | 9209AE737A172436301E74CAD89E5439061431DF | Tushy | 01/24/2019 16:03:07 | 12/27/2018 | 01/22/2019 | PA0002147899 |
| 134 | 93449F17A22F340AD7FE0DD8C56CF78E25A8530A | Vixen | 10/02/2018 02:42:20 | 10/01/2018 | 11/01/2018 | PA0002143421 |
| 135 | 9363256EBC395B801709487F8C56CD0AC025DB12 | Blacked Raw | 01/08/2019 05:29:51 | 12/03/2018 | 01/22/2019 | PA0002149845 |
| 136 | 93920FE2C4B8E8E68C15A79E77683610A54E86C6 | Blacked | 10/15/2018 16:15:21 | 09/27/2018 | 11/01/2018 | PA0002143428 |
| 137 | 9467A61011D4831D74B6EC4EC8C9582E01F53BC8 | Tushy | 03/28/2018 17:37:54 | 09/08/2017 | 09/15/2017 | PA0002052841 |
| 138 | 95A01682A2924C6AAFCF746B00BDE06D3C94787A | Vixen | 11/12/2017 00:53:10 | 10/31/2017 | 12/05/2017 | PA0002097990 |
| 139 | 95E646E28091374DC44766A0718FA4F2D5423470 | Tushy | 03/12/2018 04:05:04 | 02/20/2018 | 03/01/2018 | PA0002079187 |
| 140 | 96B8A0EB9B8047532038B822B057CF6B63DF2628 | Vixen | 11/10/2018 23:05:42 | 11/10/2018 | 11/25/2018 | PA0002136725 |
| 141 | 9701451103679F5D5651971A15DE233D214BB122 | Blacked | 07/09/2018 22:33:00 | 07/09/2018 | 08/07/2018 | PA0002131818 |
| 142 | 9724B28CAC4BCA53780758AA5C71458AFC422713 | Tushy | 06/17/2018 14:06:12 | 06/15/2018 | 07/14/2018 | PA0002128159 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 143 | 9E35623689E07A96E4B1F6BDE80374BF9E802C30 | Blacked | 02/01/2018 17:06:03 | 01/25/2018 | 03/02/2018 | PA0002104748 |
| 144 | 9E7BD02A415C2714DEC270A50B12D5A12258FA36 | Tushy | 11/10/2017 00:07:15 | 09/13/2017 | 10/10/2017 | PA0002086153 |
| 145 | 9EE5170AFC13D2DD6E0CAFD77EFB7CA88594D59B | Vixen | 10/07/2017 02:37:36 | 10/06/2017 | 10/19/2017 | PA0002090453 |
| 146 | 9F0A1827CC72B6075797AB862C39728811E3E20F | Blacked Raw | 01/25/2019 17:52:47 | 11/28/2018 | 01/22/2019 | PA0002149836 |
| 147 | A031595F076A2C7148827A04F9C8EE2D1A39B47F | Vixen | 06/30/2017 01:01:45 | 06/28/2017 | 07/07/2017 | PA0002070828 |
| 148 | A2725152959862FC4CE31341BF7A116FD758BCB3 | Tushy | 03/28/2018 02:17:07 | 03/12/2018 | 04/17/2018 | PA0002116754 |
| 149 | A280A50DB302CE517440FBCA518F88D5EE193649 | Blacked | 01/24/2019 04:49:16 | 07/24/2018 | 09/01/2018 | PA0002119589 |
| 150 | A3593F3E6123CE73A673554FA4F9DEF54A9ACC62 | Vixen | 06/10/2018 16:52:35 | 05/09/2018 | 06/19/2018 | PA0002126667 |
| 151 | A3BB1E2ECC4AD4E28AF034ED30B008D1BDC5E1DA | Vixen | 09/19/2017 08:38:22 | 09/01/2017 | 09/15/2017 | PA0002052845 |
| 152 | A40A0809E644967C9387A356C8BEFC337E5202C8 | Vixen | 01/23/2019 22:54:35 | 11/05/2018 | 11/25/2018 | PA0002136632 |
| 153 | A6A12EB0ACE4CC1800218A42291A1AA85EB72D1C | Vixen | 06/13/2017 22:37:39 | 04/29/2017 | 06/15/2017 | PA0002037568 |
| 154 | A6A752497248D347119EF2EC2814B056132FBC91 | Blacked Raw | 03/08/2018 22:56:34 | 03/08/2018 | 04/17/2018 | PA0002116094 |
| 155 | A83A2050BCA85E45BCFF69ECE6584C36E51AA7E3 | Tushy | 07/21/2017 00:05:41 | 07/20/2017 | 08/11/2017 | PA0002046869 |
| 156 | A9CDF99AA3B469E6EB9CE3AFF2E8C68252B1189C | Vixen | 08/12/2018 22:29:15 | 08/12/2018 | 09/01/2018 | PA0002119680 |
| 157 | AB1EB863BF5724892D950DA0B0B8B9029FD1CE1C | Blacked Raw | 04/05/2018 18:17:08 | 04/02/2018 | 04/17/2018 | PA0002116078 |
| 158 | ABAADC9DE4568B97E1529FE91A227A627147D7FC | Vixen | 11/19/2018 20:58:39 | 10/06/2018 | 11/01/2018 | PA0002141493 |
| 159 | ABD294AFEDE2FED7012235E89ABA7BE34A9006FF | Vixen | 10/31/2018 22:36:42 | 10/31/2018 | 12/10/2018 | PA0002145830 |
| 160 | AE09996EECCAD4C0A22D5AB9B68B3CD884A6764C | Blacked | 01/30/2019 16:23:08 | 01/25/2019 | 02/22/2019 | PA0002155136 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 161 | AFD42ED65BDFF65E4FAE0B4F122046F36B9ED17A | Vixen | 11/12/2017 16:17:09 | 11/10/2017 | 12/04/2017 | PA0002097978 |
| 162 | B00AE86114D9EC357838EE9D82FEB90DB79CC0EA | Blacked Raw | 07/26/2018 22:58:09 | 07/26/2018 | 09/01/2018 | PA0002119594 |
| 163 | B08FBB30F41E507F86B5B281111BDAAC231B517B | Blacked Raw | 01/20/2019 20:13:37 | 01/17/2019 | 02/22/2019 | PA0002155141 |
| 164 | B1C9298CD2418E3C9FA438D8E4482FDD10297A14 | Vixen | 03/31/2018 15:09:21 | 03/30/2018 | 04/17/2018 | PA0002116756 |
| 165 | B32300EA62D48A876650EC02D0A7C3386619582E | Blacked | 11/28/2018 04:05:29 | 11/26/2018 | 12/18/2018 | PA0002141922 |
| 166 | B46F6346223A7EF85430AF036DCC40D553422E04 | Blacked | 11/07/2017 18:57:19 | 09/22/2017 | 10/10/2017 | PA0002057455 |
| 167 | B5879D6A9AD3C552A3D669CAE94774D5D278F2C1 | Tushy | 11/25/2018 22:58:05 | 11/17/2018 | 12/10/2018 | PA0002145827 |
| 168 | B81106D337C8A1126C2E77F14BB2B26044DA07D5 | Blacked Raw | 08/31/2018 14:32:55 | 08/30/2018 | 10/16/2018 | PA0002127777 |
| 169 | B901C1D24C57C982E326420F292855E7CD0F3079 | Tushy | 10/24/2018 05:20:21 | 10/23/2018 | 11/25/2018 | PA0002136621 |
| 170 | B9D69E57B298FE1758D66D95D8E5A057BBABD400 | Blacked | 08/21/2018 19:17:43 | 08/18/2018 | 09/05/2018 | PA0002135664 |
| 171 | B9FE4A037FAC0100550C0A01402C6DD215379671 | Tushy | 09/04/2018 00:03:19 | 09/03/2018 | 11/01/2018 | PA0002143436 |
| 172 | BAA021BD51E7C1780AC1598293525ECC3485AA38 | Tushy | 01/02/2018 06:09:38 | 01/01/2018 | 01/22/2018 | PA0002101767 |
| 173 | BC5E4D24CF391E12703B178B853F9313159BB387 | Vixen | 01/03/2019 04:39:40 | 08/07/2018 | 09/05/2018 | PA0002135684 |
| 174 | BDC77B9301C35115F7873A6A98FB78B82F300866 | Vixen | 03/29/2018 06:10:29 | 03/10/2018 | 04/17/2018 | PA0002116743 |
| 175 | BF56645CE48AFC2100D5C453D9C10B1246D49DFB | Vixen | 11/26/2018 16:29:39 | 11/15/2018 | 12/10/2018 | PA0002145829 |
| 176 | BF75500E3C7376C41A5E335967B428381293808C | Vixen | 10/23/2018 00:41:05 | 10/21/2018 | 11/25/2018 | PA0002136633 |
| 177 | C05123EAE8B2280AA9DCFA9E8C202947C70AAB32 | Blacked | 02/01/2018 17:18:57 | 01/20/2018 | 03/02/2018 | PA0002104876 |
| 178 | C15A328E2D38D974F72346851DA1861A51837CB5 | Tushy | 09/09/2018 13:58:13 | 08/29/2018 | 10/16/2018 | PA0002127775 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 179 | C16A75181E14E27ED6F6249448DDADC7A7016A0D | Blacked | 11/20/2017 16:38:24 | 09/07/2017 | 09/15/2017 | PA0002052840 |
| 180 | C17AA24969AB3DC70A8254B7592253BBDCF52FF2 | Vixen | 11/12/2017 17:45:32 | 11/05/2017 | 11/30/2017 | PA0002098007 |
| 181 | C1C55A0602072FB3CE0F0B3A3580174514DFB891 | Blacked Raw | 01/25/2019 17:56:51 | 11/03/2018 | 12/10/2018 | PA0002145823 |
| 182 | C4C27036A29087CA0E0E3CF3F45E465552C1174A | Blacked | 05/29/2017 23:47:02 | 05/10/2017 | 06/22/2017 | PA0002039285 |
| 183 | C52F83248AD5C159A923F7614AB9FE5128DB310C | Blacked | 07/07/2018 18:37:17 | 06/19/2018 | 07/14/2018 | PA0002130450 |
| 184 | C5D5F7C283A399B39CD4EE98448F92E6BB9443A4 | Vixen | 09/02/2018 00:23:31 | 09/01/2018 | 11/01/2018 | PA0002143431 |
| 185 | C6419010BE24FE8B72647450F0F00D35D1A81987 | Blacked | 05/24/2018 23:16:22 | 05/24/2018 | 07/14/2018 | PA0002128376 |
| 186 | C6E2A3FBC34722B6DE685C41833B247973356D51 | Blacked | 09/23/2017 01:52:45 | 09/12/2017 | 09/15/2017 | PA0002052846 |
| 187 | C80C45763ED6DB281A1F9293221DDE3B230C0631 | Tushy | 03/22/2018 19:04:36 | 03/17/2018 | 04/17/2018 | PA0002116750 |
| 188 | C8393D46AE9C7AFC3907055798CAE49F18D9C9FB | Blacked | 09/19/2017 03:11:57 | 09/17/2017 | 10/10/2017 | PA0002086174 |
| 189 | C8B09372803196FB66ACE3A76658E1A5E20D4EC3 | Tushy | 01/29/2019 16:22:51 | 12/17/2018 | 02/02/2019 | PA0002155393 |
| 190 | C90BB3D1600ACCD06FD9FFB21A5A2F37ADF82E85 | Tushy | 10/14/2018 23:09:05 | 10/13/2018 | 11/01/2018 | PA0002143435 |
| 191 | C948721A26FA8822BC7C4DE9D104154F40CEC029 | Blacked | 12/22/2017 20:31:08 | 12/21/2017 | 01/15/2018 | PA0002070941 |
| 192 | C9CCB3DF0C977F97ED15AC8910D1004E4A9CD40F | Blacked Raw | 03/04/2018 00:45:55 | 02/26/2018 | 03/02/2018 | PA0002104869 |
| 193 | CB8C94877E1EDEF601D51B30A4F1E015D527A6CA | Blacked Raw | 01/04/2019 06:55:59 | 12/20/2018 | 01/22/2019 | PA0002147906 |
| 194 | CC6CD3803D593BDE126AB5F6B3781F5C08511CAE | Blacked Raw | 08/15/2018 21:23:15 | 08/15/2018 | 09/01/2018 | PA0002119585 |
| 195 | CE5BC18A7CD0C55A4B4785679A444A7ED293F543 | Tushy | 07/15/2018 19:08:07 | 07/15/2018 | 08/07/2018 | PA0002132406 |
| 196 | D0632559E70D3F378127FFC5C1678BA284E5F29F | Blacked Raw | 08/26/2018 14:13:09 | 08/25/2018 | 10/16/2018 | PA0002127783 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 197 | D06FFE8A6F3A944B07A052609540D08119061D91 | Blacked | 08/09/2018 00:02:21 | 08/08/2018 | 09/01/2018 | PA0002119598 |
| 198 | D5A430A80BFF483DE6CD4BAB3F392467762D9994 | Tushy | 09/09/2018 13:54:37 | 09/08/2018 | 10/16/2018 | PA0002127788 |
| 199 | D6606E68C317C2B9571A132CCA4C31888A49C7FA | Blacked | 10/20/2018 21:18:59 | 10/12/2018 | 10/28/2018 | PA0002130455 |
| 200 | D7361910644763219F9E08A47A95CADF4E2B23B7 | Blacked | 08/30/2018 14:39:46 | 08/03/2018 | 09/01/2018 | PA0002119596 |
| 201 | D7E0555C31C5AA210275690B5F71153FCD8259AA | Blacked Raw | 04/18/2018 03:33:40 | 04/17/2018 | 05/23/2018 | PA0002101308 |
| 202 | DAB13CD6836481F313013F0B1442EDCB37423A3F | Blacked | 03/20/2018 16:58:51 | 02/24/2018 | 03/01/2018 | PA0002079184 |
| 203 | DB071F62984C164CA279D937511FF3C91DD93011 | Blacked | 03/26/2018 22:43:32 | 03/26/2018 | 04/12/2018 | PA0002091525 |
| 204 | DBADE16289C54D6F12C44BA11BEC6715853F1B0E | Vixen | 11/10/2017 16:36:07 | 10/11/2017 | 10/19/2017 | PA0002090452 |
| 205 | DC3A436900654449E379C3F7459DA6E515720104 | Tushy | 09/09/2018 13:56:07 | 08/24/2018 | 11/01/2018 | PA0002143429 |
| 206 | DCC9C2A5EC0143CD63F624F7BACED654A6D6FDF9 | Tushy | 11/13/2017 19:14:28 | 11/12/2017 | 11/30/2017 | PA0002098037 |
| 207 | DD08B11D4180F0A9F163E83920ECD18E910C342C | Blacked Raw | 05/23/2018 15:28:16 | 05/22/2018 | 07/14/2018 | PA0002128073 |
| 208 | DDF08C7126CBE898C118E0EEC290C1697E47702F | Tushy | 06/25/2017 00:16:14 | 06/20/2017 | 07/07/2017 | PA0002070816 |
| 209 | DE0CE63994988B56A03D927BB2F768A804DC585B | Blacked Raw | 03/03/2018 19:16:26 | 02/01/2018 | 02/20/2018 | PA0002104206 |
| 210 | DE76424EBE653EFB78920C417AA004896CA39985 | Vixen | 04/29/2018 20:55:13 | 04/29/2018 | 06/19/2018 | PA0002126677 |
| 211 | E1972294A735813C8E9CD52C6376E30A6313941E | Blacked | 10/25/2018 02:05:35 | 10/22/2018 | 11/25/2018 | PA0002136653 |
| 212 | E2DD1E8DDBB49E8B1EF4F6D641814E6339A5CAAA | Tushy | 01/23/2019 21:54:04 | 08/09/2018 | 09/05/2018 | PA0002135685 |
| 213 | E3712C8E5BE97B0C0E079FF93C1AA2BBD3FA2A53 | Blacked | 06/09/2018 22:16:05 | 06/09/2018 | 07/14/2018 | PA0002130453 |
| 214 | E4A29DCED90FD2025DB4FC437EF6524E9838798E | Tushy | 03/22/2018 20:59:07 | 03/22/2018 | 04/17/2018 | PA0002116092 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 215 | E76043FC752B261DBA59F087B8DF0BA3B95C525E | Blacked Raw | 11/19/2017 04:40:03 | 11/18/2017 | 01/02/2018 | PA0002068867 |
| 216 | E7680D7AE61D0328C528BC8846E81A1BBDB561B2 | Vixen | 07/29/2017 02:19:03 | 07/28/2017 | 08/10/2017 | PA0002046871 |
| 217 | E77F079CDBF87E42DFE8A4000366D16FB2B0EE96 | Blacked | 02/02/2019 00:35:03 | 01/30/2019 | 02/22/2019 | PA0002155138 |
| 218 | E80327AE9469BCEC32A4EA5FB7506FF53776AC8B | Tushy | 11/13/2017 01:52:57 | 09/18/2017 | 10/09/2017 | PA0002086139 |
| 219 | E983055C7B290775F28A99FA36674DB81F781234 | Blacked Raw | 12/24/2017 20:44:16 | 12/23/2017 | 01/15/2018 | PA0002099706 |
| 220 | E98888B968832E58BCCA5D62724E7C46E3B4397D | Blacked Raw | 01/05/2019 16:25:32 | 04/22/2018 | 05/24/2018 | PA0002101381 |
| 221 | E9E9D2F77B5F4193B3998A2E77359F24BF96DF3C | Tushy | 11/28/2018 21:15:22 | 11/07/2018 | 11/25/2018 | PA0002136607 |
| 222 | EA39AD116E1AD82A259908E827ABCC1AAF1D19D5 | Vixen | 05/31/2017 17:10:40 | 04/09/2017 | 06/05/2017 | PA0002052836 |
| 223 | EBB6090BAC153744C37D1B9D4F237837409DEA82 | Vixen | 04/29/2018 20:27:40 | 04/24/2018 | 06/19/2018 | PA0002126671 |
| 224 | EC3CFEC4DC78C9EA67646E7FF323D4A94EC03600 | Blacked | 02/15/2018 04:15:50 | 02/14/2018 | 03/02/2018 | PA0002104757 |
| 225 | ECB03FE11EEA97FC2E24325164246596BED4C661 | Tushy | 01/05/2019 18:38:26 | 01/01/2019 | 02/02/2019 | PA0002155376 |
| 226 | ED6F75A9AA6D03345C02D5772FB8CB28E4CAFC93 | Vixen | 09/07/2018 03:11:27 | 09/06/2018 | 11/01/2018 | PA0002143433 |
| 227 | EEA6D6CCEF23A02C797B6FF0188BBC3A847D5DBA | Blacked | 01/20/2019 04:01:12 | 01/15/2019 | 02/02/2019 | PA0002155371 |
| 228 | EF3783196D0308F96FAA81FEBF19A99610AC1308 | Blacked | 09/04/2018 00:08:07 | 09/02/2018 | 11/01/2018 | PA0002143413 |
| 229 | EF485D5F3AE56A95C100904DCBEFECAB1CAB8D8B | Blacked | 11/13/2017 16:22:13 | 10/07/2017 | 10/19/2017 | PA0002058300 |
| 230 | F0F6463779EB0D34DCC6D0017B5686D13D9A9EB1 | Blacked | 12/17/2017 16:02:23 | 12/16/2017 | 01/24/2018 | PA0002101762 |
| 231 | F4870AA2767978707C554322FC2BE9009C450814 | Tushy | 07/25/2017 23:00:19 | 07/25/2017 | 08/11/2017 | PA0002046870 |
| 232 | F5FF183D77132DC9FF6B4FE78EE1DAE73329A090 | Vixen | 08/02/2017 19:54:32 | 08/02/2017 | 08/17/2017 | PA0002077667 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 233 | F64A8376914C16810364031750B5414D6736EC61 | Tushy | 02/10/2018 03:53:35 | 02/05/2018 | 02/20/2018 | PA0002104194 |
| 234 | F683290DD2BD810D65A4D9F7128526BB263A9687 | Vixen | 12/31/2018 05:34:16 | 12/25/2018 | 01/22/2019 | PA0002147901 |
| 235 | F847D61C56D2EC10675C422607438B409F377454 | Vixen | 06/02/2017 01:32:11 | 05/14/2017 | 06/22/2017 | PA0002039297 |
| 236 | FB935D224CEE972E91317218D2C9E0120F299A68 | Tushy | 12/23/2017 00:26:16 | 12/22/2017 | 01/23/2018 | PA0002101752 |
| 237 | FC337D67A04D609975D0D791B5FB0A99C5791918 | Vixen | 12/27/2017 00:23:51 | 12/25/2017 | 01/15/2018 | PA0002099686 |
| 238 | FCDF8FA1C999728717FE26F16A4D9277682F4B96 | Tushy | 06/11/2017 21:13:58 | 05/21/2017 | 06/22/2017 | PA0002039282 |
| 239 | FCF869220B1EF532079FDB3A9FB31BF22F5624DD | Vixen | 01/20/2019 17:18:57 | 01/19/2019 | 02/22/2019 | PA0002155139 |
| 240 | FDFAEC6BEF88533DCE6E1926BDB3795F6C3C3529 | Vixen | 05/30/2017 21:30:18 | 04/24/2017 | 06/15/2017 | PA0002037568 |
| 241 | FE3CF7B168CC52E3DDF4402EB5982D30A1EF1BA8 | Blacked | 08/13/2018 18:52:50 | 08/13/2018 | 09/05/2018 | PA0002134995 |
| 242 | FF4587D86491988D7CB446FCDF75037B72B9F677 | Tushy | 07/14/2018 15:26:43 | 06/25/2018 | 08/07/2018 | PA0002132395 |
| 243 | FFDA509EEC7785C124E3704BD958FD33EDAF5BB0 | Blacked | 08/30/2018 14:43:37 | 07/19/2018 | 09/05/2018 | PA0002135006 |
| 244 | FFDB26A84780293A9E7580F3E88F24D67E9C2B9B | Tushy | 07/20/2018 21:35:30 | 07/20/2018 | 09/05/2018 | PA0002134598 |